Aryn Sobo (State Bar No. 231813)
asobo@hearst.com
THE HEARST CORPORATION
300 West 57th Street, 40th Floor
New York, New York 10019-3792
Telephone: (212) 841-7000
Facsimile: (212) 554-7000

Attorneys for Plaintiff
LITTON SYNDICATIONS, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| LITTON SYNDICATIONS, LLC, a limited liability company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GIVE TV LLC, a limited liability company, and ZENMOOSE CAPITAL, LLC, a limited liability company,<br><br>　　　　　Defendants. | Case No. 2:18-CV-02365-MWF-PLA<br><br>**PLAINTIFF'S REPLY AND STATEMENT OF NO OPPOSITION ON MERITS TO APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT GIVE TV LLC**<br><br>DATE:　　　　August 6, 2018<br>TIME:　　　　10:00 a.m.<br>COURTROOM:　5A<br>JUDGE:　　　Hon. Michael W. Fizgerald |

　　　　Plaintiff Litton Syndications, LLC ("Litton" or "Plaintiff") respectfully submits this Reply: (1) in further support of its Application ("Application") for Default Judgment against Defendant Give TV LLC ("Give TV" or "Defendant") and (2) to request pursuant to Local Rule 7-12 that the Court deem Give TV's failure to file any opposition of substance as its consent to the Application and grant Plaintiff's Application based on the filings before the Court without hearing for the reasons stated herein.

---

**PLAINTIFF'S REPLY AND STATEMENT OF NO OPPOSITION
ON MERITS TO APPLICATION FOR DEFAULT JUDGMENT
AGAINST DEFENDANT GIVE TV LLC**　　　　　　　　　　　　　Case No. 2:18-CV-02365-MWF-PLA

Plaintiff filed the Application on July 3, 2018 (Dkt. 34).  The Court set a deadline of July 16, 2018 for Give TV to file any opposition to the Application and scheduled a hearing on the Application for August 6, 2018 (*see* Dkt. 38).  On July 16, Give TV filed a document titled "Defendant Give TV, LLC's Opposition to Plaintiff Litton Syndications, LLC's Application for Default Judgment" (Dkt. 42), purporting to be an opposition to the Application.  However, the document contains no substance – let alone any opposition on the merits of the Application – and in fact consists of only the following statement: "Defendant is prepared to make the payment of $647,000 and resolve this matter, however, there remains an outstanding issue that needs clarity for which Defendant is awaiting a response from Plaintiff Litton Syndications, LLC."  (Dkt. 42 at 2)  In "support" of its "opposition," Give TV also submits a Declaration from one of its members (Gary Reeves) that simply echoes the statement.  (*Id*. at 3)

Local Rule 7-12 provides:

> The Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule. The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion [except a Rule 56 motion for summary judgment].

Give TV's failure to file any opposition of any substance to Plaintiff's Application should be deemed as Give TV's consent to the granting of the Application in accordance with Local Rule 7-12.  Plaintiff would be significantly prejudiced if Defendant were allowed to submit any opposition prior to or at the scheduled hearing.  Further, Plaintiff's Application for a Default Judgment of $674,000, plus prejudgment interest of $41,493.71, is fully supported by the evidence that Plaintiff submitted in conjunction with the Application.  Accordingly, Plaintiff respectfully requests that the Court enter the proposed Default Judgment against Give TV in its entirety based on the filings currently before the Court without a hearing.

---

**PLAINTIFF'S REPLY AND STATEMENT OF NO OPPOSITION
ON MERITS TO APPLICATION FOR DEFAULT JUDGMENT
AGAINST DEFENDANT GIVE TV LLC**                                                            Case No. 2:18-CV-02365-MWF-PLA

## **CONCLUSION**

For the reasons outlined above and in its moving papers, Plaintiff respectfully requests that the Court withdraw the pending hearing on Plaintiff's Application, and enter default judgment against Give TV in the amount of $674,000, plus prejudgment interest of $41,493.71, postjudgment interest to be calculated from the date of the entry of the judgment, and award any and all other relief that the Court deems just and proper.

DATED: July 23, 2018                    Respectfully submitted,


THE HEARST CORPORATION

By:   /s/ Aryn Sobo
        Aryn Sobo (State Bar No. 231813)
        asobo@hearst.com

Attorneys for Plaintiff
LITTON SYNDICATIONS, LLC

---

**PLAINTIFF'S REPLY AND STATEMENT OF NO OPPOSITION
ON MERITS TO APPLICATION FOR DEFAULT JUDGMENT
AGAINST DEFENDANT GIVE TV LLC**                    Case No. 2:18-CV-02365-MWF-PLA

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2018, the foregoing was filed electronically and that notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  I further certify that I caused the foregoing to be served on the following *pro se* party to this action by placing a copy in the United States mail, postage paid and properly addressed as follows, and additionally by causing a courtesy copy to be sent by email to the email addresses noted below:

>ZenMoose Capital, LLC
>c/o Laughlin Associates, Inc.
>9120 Double Diamond Parkway
>Reno, Nevada 89521
>chadbic@gmail.com
>chad@zmcmedia.com

  /s/ Aryn Sobo
ARYN SOBO

---

**PLAINTIFF'S REPLY AND STATEMENT OF NO OPPOSITION
ON MERITS TO APPLICATION FOR DEFAULT JUDGMENT
AGAINST DEFENDANT GIVE TV LLC**                    Case No. 2:18-CV-02365-MWF-PLA