A. David Youssefyeh (185994)
Liza Youssefyeh (192945)
A|D|Y Law Group, P.C.
1925 Century Park East, Suite 1380
Los Angeles, California   90067
Telephone:   (310) 772-2872
Facsimile:   (310) 772-0020

Attorneys for Defendant,
GIVE TV, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LITTON SYNDICATIONS, LLC, a limited liability company,<br><br>　　　Plaintiff,<br><br>vs.<br><br>GIVE TV LLC, a limited liability company, and ZENMOOSE CAPITAL, LLC, a limited liability company,<br><br>　　　Defendants. | Case No.  2:18-CV-02365-MWF-PLA<br><br>**DEFENDANT GIVE TV, LLC'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant Give TV, LLC ("Defendant"), by and through its attorneys of record, hereby makes the following disclosures of information regarding witnesses, documents, damage computations, and insurance in accordance with Rule 26(s)(1) of the Federal Rules of Civil Procedure. These disclosures are based on information presently available to Defendant. Defendant continues to investigate the facts, claims and damages at issue, and expect that additional information will arise that will supplement the information provided in these disclosures. Defendant reserves the right to amend or supplement these disclosures based upon any such information, including Plaintiff's Initial Disclosers, as well as documents and information obtained in the course of discovery from Plaintiff and third parties.

## I. WITNESSES

Defendant currently is investigating this matter and currently identifies the following witness(es) who is likely to have discoverable information that may be used to support Defendant's defenses against Plaintiff in this action, including Plaintiff's allegations in its Complaint:

1) Person Most Knowledgeable at Plaintiff Litton Syndications, LLC, who may be contacted through Plaintiff's counsel.
2) Person Most Knowledgeable at Bungalow Media + Entertainment.
3) Gary Reeves, on behalf of Defendant Give TV, LLC, who may be contacted through Defendant's counsel.
4) Chad Warren, ZenMoose.

Further, Defendant identifies all persons identified by any party in any disclosures, answers to discovery, including interrogatories or deposition testimony, with respect to the areas for which they are disclosed, all expert witnesses designated by any party, and all persons deposed in this action. Defendant reserves the right to amend and supplement this list as its investigation continues.

## II. DOCUMENTS AND THINGS

Defendant currently anticipates that it may rely on the following documents or categories of documents and tangible things in its possession, custody, and/or control to supports its claims, including but not limited to:

1. The contracts between the parties and amendments thereto.
2. The contract between Litton Syndication, LLC and NBC.
3. Production schedules relating to the airing of the Give TV, LLC program.
4. Litton Syndication, LLC's accounting (including payments received and made) as it relates to the Give TVC, LLC program, Seasons 1 and 2.
5. All records maintained by Litton Syndication, LLC with respect to Give TV, LLC.

Further, Defendant may rely on any documents produced by any other party or non-party, any written discovery, deposition testimony, and expert discovery and report obtain in the course of litigation.

## III. DAMAGE COMPUTATIONS

Defendant is in negotiations with Plaintiff with respect to the damages in order to resolve this action, and contends certain information may be necessary from Plaintiff to that end.

## IV. INSURANCE

Defendant does not have any insurance coverage with respect to this claim.

## V. RESERVATION OF RIGHTS

The witnesses, documents, damage computations, and insurance described herein constitute responsive information currently known by Defendant, and or is in its possession, custody or control. Defendant reserves the right to maned, supplement and correct this information as necessary pursuant to Federal Rule of Civil Procedure 26(e)(1).

//

1  DATED: January 28, 2019                Respectfully submitted,

2

3                                          A|D|Y LAW GROUP, P.C.

4

5                                          By:      /s/ Liza Youssefyeh
                                                 Liza Youssefyeh (State Bar No. 192945)
6                                                liza@adylaw.com
                                           Attorneys for Defendant
7                                          GIVE TV LLC

**PROOF OF SERVICE**

I am a resident of the United States, over the age of eighteen years, and not a party to the within action. My business address is 1925 Century Park East, Suite 220, Los Angeles, California 90067. On January 28, 2019, I served the documents described as follows:

**DEFENDANT'S INITIAL DISCLOSURES**

on interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

> Aryn Sobo
> THE HEARST CORPORATION
> 300 West 57th Street, 40th Floor
> New York, New York 10019-3792

[X] United States Mail - I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. On this day, I caused such envelope, with the postage prepaid, to be placed for deposit in the United States Mail at Los Angeles, California, following ordinary business practices.

[ ] Personal Service – I caused such envelope to be delivered by hand to the office(s) of the addressee(s) noted above.

[ ] Facsimile – Based on an agreement of the parties to except service by fax transmission, I faxed the documents to the person(s) listed above, at the fax numbers listed above. No error was reported by the fax machine that I used.

[ ] Same Day Courier – I caused such envelope to be delivered by courier, via same day service, to the office(s) of the addressee(s) noted above.

[X] State – I declare under the laws of the State of California that the foregoing is true and correct.

[ ] Federal – I declare (or certify, verify, state) that the foregoing is true and correct, and that I am employed in the offices of a member of the bar of the State of California. Service of process in the manner specified above was done at the direction of a member of the California bar at whose direction the service was made.

Executed this 28th day of January 2019 at Los Angeles, California 90067.

                                            /s/  Liza Youssefyeh
                                              Liza Youssefyeh